IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#________________

***APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I. APPLICANT'S STATEMENT

I, Kenneth M. Suggs the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 600607, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| | | |
|---|---|---|
| South Carolina | 11/11/1975 | 5424 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| | | |
|---|---|---|
| USDC Dist of SC | 12/31/1975 | 3422 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for* John Doe 6

[signature]
(Applicant's Signature)

01/17/2013
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Janet, Jenner & Suggs, LLC
500 Taylor St., Suite 301
Columbia, S.C. 29201 (803) 726-0050

Sworn and subscribed before me this

17 Day of JAN, ~~200~~ 2013

[signature]
Notary Public SOUTH CAROLINA
EXPIRES 4/7/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Kenneth M. Suggs to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Hal J. Kleinman | [signature] | 08/04/2004 | 92702 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Janet, Jenner & Suggs, LLC, Commerce Centre East, 1777 Reisterstown Road,

Suite 165, Baltimore, Maryland 21208

410-653-3200

Sworn and subscribed before me this

21 Day of January, 2003

[signature]

Notary Public 6/2014

PHYLLIS A. RANSOM NOTARY PUBLIC CARROLL COUNTY, MD.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| John Doe 6 | : | CIVIL ACTION |
| | : | |
| v. | : | |
| The Penn State University, et al. | : | |
| | : | NO. |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Kenneth M. Suggs Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

The Pennsylvania State University, 201 Old Main, University Park, PA 16802

The Second Mile, 1402 South Atherton Street, State College, PA 16081

Gerald Sandusky, 130 Grandview Road, State COllege, PA 16801-7011

Signature of Attorney

Hal J. Kleinman
Name of Attorney

Kennth M. Suggs
Name of Moving Party

1/21/13
Date

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| John Doe 6 | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| The Penn State University, et al. | : | NO. |

ORDER

AND NOW, this ______ Day of ____________, 20 ___, it is hereby

ORDERED that the application of Kenneth M. Suggs ______, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

______________________________ J.

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Kenneth Michael Suggs was duly sworn and admitted as an attorney in this state on November 11, 1975, and is currently a regular member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY Gayle B. Watts
DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

January 15, 2013

[Page is a faded/reversed photocopy — content illegible]