# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE 6, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 13-0336 |
| v. | : | |
| | : | |
| THE PENNSYLVANIA STATE UNIVERSITY, THE SECOND MILE, and GERALD SANDUSKY, | : | |
|     Defendants. | : | |

# ORDER

**AND NOW,** this __5th___ day of ___November____, 2013, it is **ORDERED** that Defendant Pennsylvania State University's Motion to Dismiss (ECF No. 37) is **GRANTED IN PART** and **DENIED IN PART** as follows:

- Pennsylvania State University's motion to dismiss Plaintiff's vicarious liability claim (Count I) is **GRANTED**.

- Pennsylvania State University's motion to dismiss Plaintiff's civil conspiracy claim (Count VI) is **DENIED** without prejudice.

    s/Anita B. Brody

    _____
    ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:       Copies **MAILED** on _____ to: