IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE 6 | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Civil Action No. 13-0336 |
| THE PENNSYLVANIA STATE UNIVERSITY, THE SECOND MILE, and GERALD SANDUSKY | : |
| | : |
| Defendants. | : |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Alexander R. Bilus, Esquire as co-counsel on behalf of defendant The Pennsylvania State University in the above-captioned matter.

           /s/ Alexander R. Bilus
           Alexander R. Bilus
           Atty. I.D. No. 203680
           Saul Ewing LLP
           Centre Square West
           1500 Market Street, 38th Floor
           Philadelphia, PA  19102
           Tel:  215-972-7177

Date:  March 31, 2015

3372.1 03/31/2015

## CERTIFICATE OF SERVICE

I, Alexander R. Bilus, hereby certify that the foregoing Entry of Appearance was filed using the Court's ECF system and it is available therein for download by counsel for all parties, who are ECF subscribers.

    /s/ Alexander R. Bilus_____
ALEXANDER R. BILUS

Date:   March 31, 2015

3372.1 03/31/2015