IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE 6, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 13-0336 |
| v. | : | |
| | : | |
| THE PENNSYLVANIA | : | |
| STATE UNIVERSITY, | : | |
| THE SECOND MILE, and | : | |
| GERALD SANDUSKY, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 2nd day of April, 2015, it is **ORDERED** that Defendant the Pennsylvania State University's Supplemental Motion to Compel Discovery (ECF No. 121) is **GRANTED** as follows:

1. Plaintiff John Doe is directed to preserve and maintain, and to direct his medical providers to preserve and maintain, all records regarding Plaintiff's medical history from birth to present.

2. The University is authorized to fully investigate the collection, maintenance, preservation and destruction of Plaintiff's medical records in this case, including efforts made by Plaintiff and Plaintiff's counsel to locate and preserve Plaintiff's medical records, and, for some or all of the records that no longer exist, when, how and why the records were discarded, destroyed or lost. Such authorization includes, but is not limited to, the University's ability to conduct depositions and serve document requests and other discovery requests related to this issue. The University may also seek discovery from

Plaintiff's medical providers regarding the contents of any previously existing records relating to Plaintiff.

3. Plaintiff must produce all records from the six (6) medical providers identified in "Exhibit A" to the University's Motion.

4. Plaintiff must provide a verified interrogatory response giving a complete list of all of Plaintiff's medical providers from birth to present. Plaintiff's response must be accompanied by a signed affidavit providing that, to the best of Plaintiff's recollection, the list is a full and complete list of Plaintiff's medical providers from birth to present.

5. The University and Plaintiff must meet and confer to determine an appropriate deadline for Plaintiff to complete the tasks identified in numbers 3 and 4 of this Order, and thereafter submit an agreed upon proposed order for these deadlines.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to:

O:\ABB 2015\A - K\John Doe v. Penn State Order re Penn State's Supplemental Motion to Compel.docx