

Robert C. Clothier
Phone: (215) 972-7140
Fax: (215) 972-2282
rclothier@saul.com
www.saul.com

May 1, 2015

Via ECF and First-Class Mail

The Honorable Anita B. Brody
United States District Judge
United States Courthouse, Room 7613
601 Market Street
Philadelphia, PA 19106-1797

Re: John Doe 6 v. The Pennsylvania State University, et al. (No. 13-0336)

Dear Judge Brody:

I am writing on behalf of The Pennsylvania State University –with the consent and authority of all parties—to request an extension of discovery and the remaining case deadlines in the above-referenced matter.

Currently, the discovery deadline is set for June 1, 2015. The parties have been engaged in discovery for some time, but there are still a number of outstanding discovery items to resolve. For instance, and as the Court is aware, the Court recently has authorized the University to investigate the Plaintiff's medical records and the preservation of those records; the University has discovery currently outstanding. The University has also filed a motion compelling the plaintiff's production of tax returns and other financial records; that motion is pending. In addition, the Court has ordered plaintiff to produce additional records from six medical providers, and plaintiff needs additional time to produce these documents. Many depositions— including of Plaintiff and his medical providers—as well as the University's experts' examinations of Plaintiff cannot occur until all of the existing medical records have been produced by Plaintiff and/or his medical providers. All parties agree that despite the parties' best efforts, we cannot conclude the remaining necessary discovery by June 1st.

For this reason, the parties request that the discovery deadline be extended to September 25, 2015, and that the other deadlines in the case be adjusted accordingly. I have enclosed a proposed Amended Scheduling Order consistent with the parties' request. This proposed Order has been shared with counsel for all parties, and all parties consent to its entry.

Centre Square West ◆ 1500 Market Street, 38th Floor ◆ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ◆ Fax: (215) 972-7725

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Thank you for your attention to this matter. We will submit a formal motion in lieu of this letter if the Court so desires.

Respectfully submitted,

　/s Robert C. Clothier　
Robert C. Clothier

RCC/arb
Enclosure

cc: All Counsel of Record (via ECF only)

IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

JOHN DOE 6                                  :
                                            :
         Plaintiff,                         :
                                            :
     v.                                     :  Civil Action No. 13-0336
                                            :
THE PENNSYLVANIA STATE UNIVERSITY,          :
THE SECOND MILE, and                        :
GERALD SANDUSKY                             :
                                            :
         Defendants.                        :
                                            :

---

## SECOND AMENDED SCHEDULING ORDER

**AND NOW**, this __ day of _____, 2015, **IT IS ORDERED** that the "Pretrial timetable" provision of the Court's February 3, 2014 Amended Scheduling Order (ECF No. 111) is **AMENDED** as follows:

1. Pretrial timetable:

   - All fact discovery shall be completed by **September 25, 2015**.

   - Plaintiff's expert reports are due by **September 25, 2015**; Defendants' expert reports are due by **October 26, 2015**; Depositions of all experts must be completed by **November 25, 2015**.

   - Dispositive motions shall be filed no later than **December 31, 2015**.

2. All other provisions of the Court's February 3, 2014 Amended Scheduling Order shall remain in full force and effect.

_____
Anita B. Brody, J.