IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE 6 | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | No. 2:13-cv-00336-AB |
| THE PENNSYLVANIA STATE UNIVERSITY; THE SECOND MILE; AND GERALD SANDUSKY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY FOR THE SECOND MILE | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants | : | |

## PLAINTIFF'S OPPOSITION TO DEFENDANT THE PENNSYLVANIA STATE UNIVERSITY'S MOTION TO COMPEL DISCOVERY FROM PLAINTIFF

For the reasons set forth in the Memorandum of Law filed concurrently with this Motion, Plaintiff John Doe 6 opposes Defendant The Pennsylvania State University's Motion to Compel Discovery From Plaintiff [Docket 132] for documents responsive to Defendant's Second Set of Requests for Production of Documents Directed to Plaintiff John Doe 6, and to pay the University's expenses incurred in making said motion. Plaintiff incorporates his Memorandum of Law in Opposition to the Motion to Compel Discovery from Plaintiff as though fully set forth herein at length.

Dated this 29th day of May, 2015

By:

    /s/ Jason B. Penn
Howard Alan Janet, Esquire
(Pro Hac Vice)

Kenneth M. Suggs, Esquire
(Pro Hac Vice)
Jason B. Penn, Esquire
(Pro Hac Vice)
JANET, JENNER & SUGGS, LLC
1777 Reisterstown Road, Suite 165
Baltimore, MD 21208
(410) 653-3200
(410) 653-6903 (fax)

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have filed the foregoing Plaintiff's Opposition to Defendant The Pennsylvania State University's Motion to Compel Discovery from Plaintiff and Memorandum of Law with ECF and it is available therein for download by counsel for all parties who are ECF subscribers.



      /s/ Jason B. Penn

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE 6 | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | No. 2:13-cv-00336-AB |
| THE PENNSYLVANIA STATE UNIVERSITY; THE SECOND MILE; AND GERALD SANDUSKY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY FOR THE SECOND MILE | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants | : | |

**MEMORANDUM OF LAW OF PLAINTIFF JOHN DOE 6 IN OPPOSITION
TO DEFENDANT THE PENNSYLVANIA UNIVERSITY'S
<u>MOTION TO COMPEL DISCOVERY FROM PLAINTIFF</u>**

Plaintiff John Doe 6 (hereafter "Plaintiff" or "John Doe 6"), by his attorneys, Janet, Jenner & Suggs, LLC, submits the following Memorandum of Law in Opposition to the Motion to Compel Discovery From Plaintiff submitted by Defendant The Pennsylvania State University [Dkt 132] (hereafter "PSU"):

Plaintiff has responded to Defendant's Discovery Requests with appropriate objections and responses. As such, Defendant's motion is now moot.

**ORAL HEARING REQUESTED**

Dated this 29<u>th</u> day of May, 2015

By:

      /s/ Jason B. Penn
Howard Alan Janet, Esquire
(pro hac vice)
Kenneth M. Suggs, Esquire
(pro hac vice)
Jason B. Penn, Esquire
(pro hac vice)
JANET, JENNER & SUGGS, LLC
1777 Reisterstown Road, Suite 165
Baltimore, MD 21208
(410) 653-3200
(410) 653-6903 (fax)

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE 6 | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | No. 2:13-cv-00336-AB |
| THE PENNSYLVANIA STATE UNIVERSITY; THE SECOND MILE; AND GERALD SANDUSKY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY FOR THE SECOND MILE | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants | : | |

## **ORDER**

AND NOW, this \_\_\_\_ day of _____, 2015, upon consideration of Defendant The Pennsylvania State University's Motion to Compel Discovery From Plaintiff [Dkt. 132], and any response thereto, it is hereby ORDERED that the Motion is DENIED.

_____
Anita B. Brody, J.