IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE 6 | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | No. 2:13-cv-00336-AB |
| THE PENNSYLVANIA STATE | : | |
| UNIVERSITY; THE SECOND MILE; AND | : | |
| GERALD SANDUSKY, INDIVIDUALLY | : | |
| AND IN HIS OFFICIAL CAPACITY FOR | : | |
| THE SECOND MILE | : | |
| | : | |
| Defendants | : | |
| | : | |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, John Doe 6, by and through his counsel of record, **DISMISSES WITH PREJUDICE** all claims against Defendant **The Pennsylvania State University**, Defendant **The Second Mile**, and Defendant **Gerald Sandusky**, individually and in his official capacity for The Second Mile, that were or could have been, raised in the above-styled lawsuit.  All parties have reached a confidential settlement in this matter.  The parties shall each bear their own costs, expenses, and attorneys' fees.

Dated this ___23ʳᵈ___ day of November, 2015.

Howard A. Janet, Esquire
(*Pro Hac Vice*)
Kenneth M. Suggs, Esquire
(*Pro Hac Vice*)

Jason B. Penn, Esquire
(*Pro Hac Vice*)
JANET, JENNER & SUGGS, LLC
1777 Reisterstown Road, Suite 165
Baltimore, MD 21208
 (410) 653-3200
 (410) 653-6903 (fax)
*Attorneys for Plaintiff*


Joseph F. O'Dea, Jr., Esquire
James A. Keller, Esquire
Saul Ewing, LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
215-972-7777
215-972-7725 (fax)
*Attorneys for The Pennsylvania State
University*


Bryan C. McElvaine, Esquire
Campbell Campbell Edwards & Conroy
1205 Westlakes Drive, Suite 330
Berwyn, PA  19312
856-251-3320
856-251-3325 (fax)
*Attorneys for The Second Mile*


Richard Beran, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
973-622-4444
973-624-7070 (fax)
*Counsel for Gerald Sandusky*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have filed the foregoing Stipulation of Dismissal With Prejudice with ECF and it is available therein for download by counsel for all parties who are ECF subscribers.

Jason B. Penn, Esquire